B9A (Official Form 9A) (Chapter 7 Individual or Joint Debtor No Asset Case) (12/07)                                    Case Number **10–43444**

# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois

# Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines
A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on September 28, 2010.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE:  The staff of the bankruptcy clerk's office cannot give legal advice.

## See Reverse Side For Important Explanations.

| Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address): | |
|---|---|
| Susan L. Trimble–Schubert<br>fdba TS Glass Technology, fdba TS Glass Technology Inc, ...<br>689 Larch Drive<br>Carol Stream, IL 60188 | Gerhard Schubert<br>dba TS Glass Technology, dba Lombard Glass & Mirror<br>689 Larch Drive<br>Carol Stream, IL 60188 |
| Case Number:   10–43444<br>Office Code:      1 | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>xxx–xx–2169<br>xxx–xx–7049 |
| Attorney for Debtor(s) (name and address):<br>Richard E Sexner<br>Law Offices Of Richard E. Sexner<br>579 W North Avenue<br>Suite 301<br>Elmhurst, IL 60126<br>Telephone number:  630 516–9990 | Bankruptcy Trustee (name and address):<br>Brenda Porter Helms ESQ<br>The Helms Law Firm, P.C.<br>3400 West Lawrence<br>Chicago, IL 60625<br>Telephone number:  773–463–6427 |

## Meeting of Creditors:

Date:  **October 28, 2010**                         Time:  **03:30 PM**

Location:  **505 N Cty Farm Road, Room 2017, Wheaton, IL 60187**

**All debtors are required to attend and bring a picture ID and proof of their Social Security Number to the 341 meeting.**

## Presumption of Abuse under 11 U.S.C. §§ 707(b)
*See "Presumption of Abuse" on reverse side.*

**The presumption of abuse does not arise.**

## Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to File a Complaint Objecting to Discharge of the Debtor *or* to Determine Dischargeability of Certain Debts: December 27, 2010**

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

## Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

## Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:**<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604<br>Telephone number:  1–866–222–8029 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Kenneth S. Gardner |
|---|---|
| Hours Open:  Monday – Friday 9:00 AM –4:30 PM | Date:  September 29, 2010 |

# EXPLANATIONS

**B9A (Official Form 9A) (12/07)**

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §§362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under §§ 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §§727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §§523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

## –– Refer to Other Side for Important Deadlines and Notices ––

# CERTIFICATE OF NOTICE

```
District/off: 0752-1        User: mmiller           Page 1 of 2          Date Rcvd: Sep 30, 2010
Case: 10-43444              Form ID: b9a            Total Noticed: 47
```

The following entities were noticed by first class mail on Oct 02, 2010.
```
db/jdb      +Susan L. Trimble-Schubert,    Gerhard Schubert,    689 Larch Drive,    Carol Stream, IL 60188-4432
16199403    +Andrew Trimble,    689 Larch Drive,    Carol Stream, IL 60188-4432
16199404    +Associates/citibank,    Attn: Centralized Bankruptcy,    7255 Baymeadows Way,
             Jacksonville, FL 32256-6851
16199410    +Citifinancial Retail Services,    Citifinancial/Attn: Bankruptcy Dept,    1111 Northpoint Dr,
             Coppell, TX 75019-3831
16199418    +GMAC,    Attention: Bankruptcy Dept.,    1100 Virginia Drive,    Fort Washington, PA 19034-3204
16199417    +Glazr, Arch Met & Gls Wkrs Local 27,    Arnold & Kadjan,    19 W Jackson Blvd, Ste 300,
             Chicago, IL 60604-3915
16199419    +Harris N.a.,    3800 Golf Rd Ste. 300,    Rolling Meadows, IL 60008-4005
16199421    +IDES,    Bankruptcy Unit,    41 S. State Street, 3rd Floor,    Chicago, IL 60603
16199422   ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,    CHICAGO IL 60664-0338
             (address filed with court:  Illinois Department of Revenue,    100 W. Randolph St, #7-400,
             Chicago, IL 60601)
16199424    +Int. Painters & Allied Trades C/O,    Baum Sigman Auerbach & Neuman,
             200 W. Adams Street Ste. 2200,    Chicago, IL 60606-5231
16199428    +Key Bank,    17 Corporate Woods Blvd,    Albany, NY 12211-2345
16199432    +National City,    Attention: Bankruptcy Department,    6750 Miller Rd,
             Brecksville, OH 44141-3262
16199433    +Natl City,    2730 Liberty Ave,    Pittsburgh, PA 15222-4704
16199434    +Ncb Ne Er,    4661 East Main St,    Columbus, OH 43251-0001
16199436    +Pnc Bank,    2730 Liberty Ave,    Pittsburgh, PA 15222-4747
16199437    +Rudolf Vogelsberger,    309 Larch Lane,    Pittsburgh, PA 15234-2534
16199443    +Volkswagon Credit Inc,    c/o Brice, Vander, Linden and Wernick PC,    9441 Lbj Freeway Suite 250,
             Dallas, TX 75243-4640
16199446    +Wfnnb/roompl,    Po Box 182789,    Columbus, OH 43218-2789
```

The following entities were noticed by electronic transmission on Oct 01, 2010.
```
aty         +E-mail/Text: r.s.bk_law@sbcglobal.net                      Richard E Sexner,
             Law Offices Of Richard E. Sexner,    579 W North Avenue,    Suite 301,    Elmhurst, IL 60126-2145
tr          +EDI: QBPHELMS.COM Sep 30 2010 20:23:00     Brenda Porter Helms, ESQ,    The Helms Law Firm, P.C.,
             3400 West Lawrence,    Chicago, IL 60625-5104
16199405    +EDI: BANKAMER2.COM Sep 30 2010 20:23:00     Bank Of America,    Po Box 17054,
             Wilmington, DE 19850-7054
16199406    +EDI: TSYS2.COM Sep 30 2010 20:23:00     Barclays Bank Delaware,
             Attention: Customer Support Department,    Po Box 8833,    Wilmington, DE 19899-8833
16199407    +EDI: CHASE.COM Sep 30 2010 20:23:00     Chase,    Po Box 15298,    Wilmington, DE 19850-5298
16199408    +EDI: CITICORP.COM Sep 30 2010 20:23:00     Citgo Oil / Citibank,    Attn: Centralized Bankruptcy,
             Po Box 20432,    Kansas City, MO 64195-0432
16199409    +EDI: CITICORP.COM Sep 30 2010 20:23:00     Citibank Usa,    Attn.: Centralized  Bankruptcy,
             Po Box 20363,    Kansas City, MO 64195-0363
16199411    +E-mail/Text: collector@dupageco.org                      Dupage County Collector,
             P.O. Box 787,    Wheaton, IL 60187-0787
16199412    +E-mail/Text: npark@firstcoloradobank.com                      First Colorado National Bank,
             2nd and Grand,    POB 100,    Paonia, CO 81428-0100
16199413    +E-mail/Text: bankruptcynotice@fcbanking.com                      First Commonwealth Ban,
             601 Philadelphia St,    Indiana, PA 15701-3952
16199414    +EDI: AMINFOFP.COM Sep 30 2010 20:23:00     First Premier Bank,    601 S Minnesota Ave,
             Sioux Falls, SD 57104-4868
16199415    +EDI: RMSC.COM Sep 30 2010 20:23:00     GEMB / HH Gregg,    Attention: Bankruptcy,    Po Box 103106,
             Roswell, GA 30076-9106
16199416    +EDI: RMSC.COM Sep 30 2010 20:23:00     Gemb/jcp,    Attention: Bankruptcy,    Po Box 103104,
             Roswell, GA 30076-9104
16199420    +EDI: HFC.COM Sep 30 2010 20:23:00     Hsbc/carsn,    Po Box 15521,    Wilmington, DE 19850-5521
16199425     EDI: IRS.COM Sep 30 2010 20:23:00     Internal Revenue Serivce,    IRS Centralized Insolvency Op,
             PO Box 21126,    Philadelphia, PA 19114
16199426     EDI: IRS.COM Sep 30 2010 20:23:00     Internal Revenue Service,    Mail Stop 5010 CHI,
             230 S Dearborn Street,    Chicago, IL 60604
16199423    +E-mail/Text: bankruptcy@ingdirect.com                      Ing Direct,    1 S Orange St,
             Wilmington, DE 19801-5045
16199427    +EDI: IRS.COM Sep 30 2010 20:23:00     Internal Revenue Service,    200 West Adams St, Ste 2300,
             Chicago, IL 60606-5231
16199429    +EDI: CBSKOHLS.COM Sep 30 2010 20:23:00     Kohls,    Attn: Recovery Dept,    Po Box 3120,
             Milwaukee, WI 53201-3120
16199430    +EDI: RMSC.COM Sep 30 2010 20:23:00     Lowes / MBGA,    Attention: Bankruptcy Department,
             Po Box 103104,    Roswell, GA 30076-9104
16199431    +EDI: TSYS2.COM Sep 30 2010 20:23:00     Macys/fdsb,    Attn: Bankruptcy,    Po Box 8053,
             Mason, OH 45040-8053
16199435    +EDI: BANKAMER2.COM Sep 30 2010 20:23:00     PNC Bank,    PO Box 15397,    Wilmington, DE 19886-0001
16199438    +EDI: SEARS.COM Sep 30 2010 20:23:00     Sears/cbsd,    Sears Bk Recovery,    Po Box 20363,
             Kansas City, MO 64195-0363
16199439    +EDI: WTRRNBANK.COM Sep 30 2010 20:23:00     Target,    Po Box 9475,    Minneapolis, MN 55440-9475
16199440    +EDI: WFNNB.COM Sep 30 2010 20:23:00     The Limited,    Po Box 330066,    Northglenn, CO 80233-8066
16199441    +EDI: CITICORP.COM Sep 30 2010 20:23:00     Unvl/citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
16199442    +EDI: WFNNB.COM Sep 30 2010 20:23:00     Victoria's Secret,    Po Box 182124,
             Columbus, OH 43218-2124
16199444    +EDI: WFNNB.COM Sep 30 2010 20:23:00     Wfnnb/ann Taylor,    Po Box 182273,
             Columbus, OH 43218-2273
16199445    +EDI: WFNNB.COM Sep 30 2010 20:23:00     Wfnnb/express,    Po Box 182124,    Columbus, OH 43218-2124
                                                                                    TOTAL: 29
```

```
         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0
```

```
District/off: 0752-1          User: mmiller          Page 2 of 2          Date Rcvd: Sep 30, 2010
Case: 10-43444                Form ID: b9a            Total Noticed: 47
```

```
              ***** BYPASSED RECIPIENTS (continued) *****
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 02, 2010**                      **Signature:** _____